421 A.2d 210

**COMMONWEALTH of Pennsylvania**

v.

**Leroy LOCKWOOD, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 2, 1980.

Decided Nov. 3, 1980.

Dante G. Bertani, Public Defender, Greensburg, for appellant.

Donetta W. Ambrose, Asst. Dist. Atty., Greensburg, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Westmoreland County is affirmed.